**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 23-6463**

—————————

ALPHONZA LEONARD PHILLIP THOMAS,

        Plaintiff - Appellant,

    v.

JOE BIDEN, HON. 46TH U.S. PRESIDENT,

        Defendant - Appellee.

—————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:22-cv-00271-TDS-JEP)

—————————

Submitted:  June 22, 2023                                    Decided:  June 27, 2023

—————————

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Alphonza Leonard Phillip Thomas, III, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alphonza Leonard Phillip Thomas, III, appeals the district court's order adopting the magistrate judge's recommendation and dismissing Thomas' civil complaint without prejudice to him filing the action using the proper forms. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Thomas v. Biden*, No. 1:22-cv-00271-TDS-JEP (M.D.N.C. May 8, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*